UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED NAZIM ALI,<br><br>    Plaintiff,<br><br>v.<br><br>NEC ENTERPRISE COMMUNICATIONS TECHNOLOGIES INC.,<br><br>    Defendant. | Case No. 19-cv-02915-EJD (SVK)<br><br>**ORDER REGARDING DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 24, 25 |

The Court is in receipt of Plaintiff's "Separate Statement on Discovery Dispute on RFP Set One" (Dkt. 24) and Defendant's "Response to Plaintiff's Defective 'Separate Statement on Discovery Dispute on RFP Set One'" (Dkt. 25).

First, the Parties are directed to the Case Management Order (Dkt. 17), which refers all discovery disputes to the undersigned Magistrate Judge. Second, the Parties are further directed to Magistrate Judge van Keulen's standing order, "**Civil Scheduling And Discovery Standing Order**," https://www.cand.uscourts.gov/svkorders, which directs the Parties to submit a joint statement setting forth the dispute "in a coordinated format that easily allows for comparison."

Finally, the Parties are directed to meet and confer and jointly submit <u>in chart format</u> each disputed request, a brief statement of Plaintiff's position as to relevance and a brief statement of Defendant's objection. The Parties are encouraged to set forth their respective positions as to each disputed request succinctly, without boiler plate statements or argument. The Parties' joint statement is due on **October 17, 2019**, and the Parties are to reserve **Thursday, October 24 at 10:00 a.m.** for a discovery hearing. Counsel and pro se Plaintiff are required to appear in person.

////

////

The Parties are further ordered to continue to engage in robust meet and confer efforts in advance of the hearing.

**SO ORDERED.**

Dated: October 10, 2019

SUSAN VAN KEULEN
United States Magistrate Judge